THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EDWARD LARKMAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 18, 1926; decided November 23, 1926.)

APPEAL from a judgment of the Supreme Court, rendered March 4, 1926, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

*Wortley B. Paul* for appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and LEHMAN, J., who vote for new trial.